**Order entered March 24, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00040-CV

### IN THE INTEREST OF M.A.M., A CHILD

### On Appeal from the 301st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-03-14732-T

## ORDER

We **GRANT** appellant's motion for leave to supplement brief and **ORDER** the brief be filed no later than April 2, 2015. No further briefing by either party will be allowed unless requested by the Court.


/s/     DOUGLAS S. LANG
        PRESIDING JUSTICE